OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



August 27, 2024

D. McArdle Booker, Esq.
Laura C. Bunting, Esq.
Christine T. Elzer, Esq.
Bruce C. Fox, Esq.

Andrew J. Horowitz, Esq.
Marla N. Presley, Esq.
Samuel F. Reynolds Jr., Esq.
Daniel F. Thornton, Esq.

RE: Kenneth Moses v. United States Steel Corp
Case Number: 23-2605
District Court Case Number: 2-20-cv-00752

Dear Counsel:

The Court has directed me to advise counsel that the above-entitled case(s) will be submitted on the briefs on **Thursday, September 19, 2024** pursuant to 3rd Cir. LAR 34.1(a). Since there will be no oral argument, your presence will not be required.

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel **RESTREPO, MCKEE and SMITH, Circuit Judges.**

Very truly yours,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*Ashley M. Ritz*

Ashley Ritz
Calendar Clerk
267-299-4947